PACIFIC COAST SHIPBUILDING COMPANY, a Corporation, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 7707.

Circuit Court of Appeals, Ninth Circuit.
Dec. 17, 1934.

Frank J. Wideman, Asst. Atty. Gen., and Robert H. Jackson, Asst. Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

Before WILBUR, SAWTELLE, and GARRECHT, Circuit Judges.

PER CURIAM.

Upon motion of respondent, ordered petition to review in this cause dismissed for failure of petitioner to file record and docket cause; mandate forthwith.

PACIFIC MUTUAL LIFE INSURANCE CO., Appellant, v. Jay Everett WILLIAMS, an Incompetent Person, etc.

No. 10120.

Circuit Court of Appeals, Eighth Circuit.
Oct. 1, 1934.

Stinchfield, Mackall, Crounse, McNally & Moore, of Minneapolis, Minn., for appellant.

Guesmer, Carson & MacGregor, of Minneapolis, Minn., for appellee.

PER CURIAM.

Appeal docketed and dismissed without costs to either party in this court on stipulation of parties, etc.

Frank B. PASTIR, Plaintiff-Appellant, v. Samuel GOLDFARB, Doing Business as Goldfarb Novelty Company, Defendant-Appellee.

No. 36.

Circuit Court of Appeals, Second Circuit.
Oct. 8, 1934.

Andrew Foulds, Jr., of New York City, for appellant.

Arthur J. Hudson, of Cleveland, Ohio, for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Affirmed in open court.

Hale PAXTON, Doing Business under the Fictitious Name and Style of Paxton Nailing Machine Company, Appellant, v. Donald PARKER and Citizens' Nat. Trust & Sav. Bank of Riverside, as Administrators with Will Annexed of the Estate of George D. Parker, Deceased, Appellees.

No. 7680.

Circuit Court of Appeals, Ninth Circuit.
Dec. 3, 1934.

Frank L. A. Graham, of Los Angeles, Cal., for appellant.

Lyon & Lyon, of Los Angeles, Cal., for appellees.

Before WILBUR, SAWTELLE, and GARRECHT, Circuit Judges.

PER CURIAM.

Upon motion of counsel for appellees, ordered appeal dismissed for failure of appellant to file record and docket cause; mandate forthwith.